# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: EDITH NURYS RIVERA MALDONADO | Bkrtcy. No. 11-04596-BKT<br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: May 31, 2011 | Meeting Date: Jul 06, 2011 | DC Track No. 25 |
| Days from petition date: 36 | Meeting Time: 3:00 PM | |
| 910 Days before Petition: 12/2/2008 | ☐ Chapter 13 Plan Date: May 31, 2011 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) 1 Bankruptcy petition. | Plan Base: $31,500.00 | |
| This is the 1 Scheduled Meeting | Confirmation Hearing Date: Aug 12, 2011 | Time: 2:30 PM |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount | Total Paid In: | $526.00 ✓ |
|---|---|---|---|---|

### I. Appearances:
☒ Debtor Present  ☒ ID & Soc. OK  ☐ Debtor Absent  
☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent  
Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.  
Attorney for Debtor(s) ☒ Present ☐ Not Present  
☐ Substitute attorney: M. Vega  ☐ Pro-se.  
☐ Telephone ☐ Video Conference  
☐ Creditor(s) present: ☒ None.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: **ROBERTO FIGUEROA CARRASQUILL***  
Total Agreed: $3,000.00   Paid Pre-Petition: $146.00   Outstanding: $2,854.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear;   ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under  ☒ Above Median Income.  Liquidation Value: —  
Commitment Period is ☐ 36  ☒ 60 months [§1325(b)(1)(B)]  Gen. Unsecured Pool: —  

The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.  
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS  
§341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
☒ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)  
☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]  
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

① Submit insurance for vehicle BPPR to be paid in full through plan to determine sufficiency of plan.

/s/ José R. Carrión  
Trustee        Presiding Officer        Page 1 of 4        Date: Jul 06, 2011